UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JURELINE LOVE                                                                                           PLAINTIFF

v.                                                                              CAUSE NO. 1:06CV225-SA-JAD

AFC ENTERPRISES, INC., et al.                                                              DEFENDANTS

## AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause came on for hearing on the Joint Motion *ore tenus* of the Plaintiff and Defendant Sailormen, Inc., d/b/a Popeyes Chicken & Biscuits ("Defendant'), to dismiss this cause with prejudice as to Defendant and its predecessors, successors, and assigns. The Court having considered the Joint Motion *ore tenus*, and being advised that Plaintiff and Defendant have reached a compromise settlement of all claims which Plaintiff has asserted or might have asserted against Defendant herein, without admission of liability on the part of Defendant, finds that the Joint Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that all claims which Plaintiff has asserted or might have asserted in this action against Defendant Sailormen, Inc., d/b/a Popeyes Chicken & Biscuits, and its predecessors, successors, and assigns, are hereby dismissed with prejudice. Each party shall bear its or her own costs and fees.

**SO ORDERED** this the 5th day of December, 2007.

                                                                                    _/s/ Sharion Aycock___
                                                                                    U.S. DISTRICT JUDGE